IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § | |
| Plaintiff, | § | |
| vs. | § | Case No. 1:17-cv-0091-RP |
| ONTEL PRODUCTS CORPORATION and WORLD PACK USA, LLC, | § | |
| Defendants. | § | |

## **CONSENT JUDGMENT**

The parties in the above-entitled matter have agreed that YETI Coolers, LLC ("**YETI**") has created, and extensively and continuously used, unique, non-functional designs as source identifiers of its 36 oz. insulated bottle called the "YETI 36 oz. Rambler Bottle" and an insulated beverage holder called the "YETI Rambler Colster," both shown below, and YETI holds extensive trade dress and other intellectual property rights relating thereto.

| YETI 36 oz. Rambler Bottle | YETI Rambler Colster |
|---|---|
| [image of bottle] | [image of colster] |

The parties have also agreed that Ontel Products Corporation ("**Ontel**") and World Pack USA, LLC ("**World Pack**") (collectively, "**Defendants**") have marketed, promoted and offered for sale in the United States the below bottle and sleeve called the "Rocky Mountain" bottle and "Rocky Mountain" sleeve, respectively.



| Exemplary Image of the Rocky Mountain Bottle | Exemplary Image of the Rocky Mountain Coozie |
|---|---|

YETI objects to Ontel's and World Pack's offers to sell the Rocky Mountain bottle and the Rocky Mountain coozie, and initiated the above-captioned action, and, on February 8, 2017, filed a Complaint (D.I. 1) (the "**Complaint**") for: (I) federal trade dress infringement under 15 U.S.C. § 1125(a); (II) federal unfair competition and false designation of origin under 15 U.S.C. § 1125(a); (III) federal trade dress dilution under 15 U.S.C. § 1125(c); (IV) patent infringement of U.S. Des. Patent No. D752397 under 35 U.S.C. § 271; (V) patent infringement of U.S. Des. Patent No. D760586 under 35 U.S.C. § 271; (VI) trade dress dilution under TEX. BUS. & COM. CODE § 16.103; (VII) trade dress infringement under Texas common law; (VIII) unfair competition under Texas common law; (IX) misappropriation under Texas common law; and (X) unjust enrichment.

YETI and Defendants have agreed to enter into this Consent Judgment and Injunction as a part of their agreement to resolve the foregoing dispute, without further resort to litigation.

It is **THEREFORE** hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The Court has subject matter jurisdiction over this action pursuant to at least 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331, 1338(a) & (b), and 1367(a).

2. This Court has personal jurisdiction over Defendants and venue is proper in this judicial district as to this matter at least because, *inter alia*, Defendants are doing business in the State of Texas, including in this District.

3. Defendants have marketed and offered for sale a sleeve and bottle, in configurations that YETI accused of violating YETI's intellectual property rights, which are the Rocky Mountain sleeve and the Rocky Mountain bottle depicted in the photographs above (collectively, the "**Accused Products**").

4. The parties agree that YETI owns all right, title, and interest in and to the trade dress of the YETI 36 oz. Rambler Bottle and the YETI Rambler Colster, including the overall look and appearance of the YETI 36 oz. Rambler Bottle and YETI Rambler Colster as defined in Paragraphs 18 and 20 of the Complaint (respectively, the "**YETI 36 oz. Rambler Bottle Trade Dress**" and the "**YETI Rambler Colster Trade Dress**").

5. Defendants agree that the YETI 36 oz. Rambler Bottle Trade Dress and YETI Rambler Colster Trade Dress are unique, distinctive, non-functional, well known, famous, and have acquired distinctiveness and are associated by consumers with YETI, and that the goodwill associated with the YETI 36 oz. Rambler Bottle Trade Dress and YETI Rambler Colster Trade Dress belong exclusively to YETI.

6. Defendants agree that the YETI 36 oz. Rambler Bottle Trade Dress and YETI Rambler Colster Trade Dress are valid and enforceable.

7. Defendants agree that the YETI 36 oz. Rambler Bottle Trade Dress and YETI Rambler Colster Trade Dress are not essential to the use or purpose of bottles and coozies, respectively, do not affect the cost or quality of bottles and coozies, are not functional, are not the reason the YETI bottles and coozies work, and, outside of the association with YETI's reputation and goodwill, is not important to the commercial success of bottles and coozies generally.

8. Defendants agree that exclusive use of the YETI 36 oz. Rambler Bottle Trade Dress and YETI Rambler Colster Trade Dress by YETI will not put competitors at a significant non-reputation-related disadvantage in the marketplace.

9. Defendants shall not at any time now or in the future manufacture, have manufactured on their behalf, market, offer to sell, sell, use, import, purchase, promote or distribute, whether directly or indirectly, any of the Accused Products.

10. Except as provided herein, each party shall bear its own costs and attorneys' fees.

11. This Court shall retain jurisdiction over the parties for the purpose of enforcing the terms of this Consent Judgment.

12. This Consent Judgment represents a final adjudication of all claims, counterclaims, and defenses that were, or could have been, brought between YETI and Defendants in this case. This Consent Judgment is intended to be final and shall bind YETI and Defendants on all issues that were or could have been litigated in this proceeding and that no appeal shall be taken herefrom.

**SIGNED** on January 24, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

Consented and Agreed to:

| **ANDREWS KURTH KENYON LLP** | **DICKINSON WRIGHT PLLC** |

   /s/ David P. Whittlesey                    /s/ John S. Artz

David P. Whittlesey  
Texas Bar. No. 00791920  
111 Congress Avenue  
Suite 1700  
Austin, TX 78701  
Tel.: 512.320.9330  
Fax: 512.320.9292  
Email: davidwhittlesey@andrewskurth.com

John S. Artz*  
Franklin M. Smith*  
2600 W. Big Beaver Rd., Suite 300  
Troy, Michigan 48084  
Tel.: (248) 433-7200  
Fax: (844) 670-6009  
E-Mail: jsartz@dickinsonwright.com  
        fsmith@dickinsonwright.com

Susan A. Smith*  
1350 I Street, NW  
Suite 1100  
Washington, D.C. 20005  
Tel.: 202.662.3041  
Fax: 202.662.2739  
Email: susansmith@andrewskurthkenyon.com

Ross Spencer Garsson  
Texas State Bar No. 00784112 303  
Colorado Street, Suite 2050  
Austin, Texas 78701  
Tel.: (512) 770-4222  
Fax: (844) 670-6009  
E-Mail: rgarsson@dickinsonwright.com

Jeremy S. Boczko*  
One Broadway  
New York, N.Y. 10004-1007  
Tel.: 212.908.6331  
Fax: 212.425.5288  
Email: jboczko@andrewskurthkenyon.com

*admitted *pro hac vice*

*admitted *pro hac vice*

*ATTORNEYS FOR PLAINTIFF*  
*YETI COOLERS, LLC*

*ATTORNEYS FOR DEFENDANTS*  
*ONTEL PRODUCTS CORPORATION AND WORLD PACK USA, LLC*