IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:17-CV-91 |
| ONTEL PRODUCTS CORPORATION and WORLD PACK USA, LLC, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the above-entitled action. On this day, the Court entered a Consent Judgment representing a final adjudication of all claims, counterclaims, and defenses that were (or could have been) brought between Plaintiff and Defendants in this case.

**IT IS THEREFORE ORDERED** that this case is **CLOSED**.

**SIGNED** on January 24, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE